UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


ALICE KOPACSI,

                Plaintiff,                  CIVIL ACTION NO. 05-60257

v.

                                  HON. JOHN CORBETT O'MEARA

COMMISSIONER OF SOCIAL
SECURITY,

                Defendant,

_____/

**ORDER ADOPTING MAGISTRATE JUDGE MAJZOUB'S**
**<u>REPORT AND RECOMMENDATION</u>**


     The Court, pursuant to 72 (b) of the Federal Rules of Civil Procedure, 28 U. S. C.

636(b)(1)(B), and LR 72.1(b)(E.D.Mich.Sept8,1998), has reviewed the Magistrate Judge's report

and recommendation as well as any objections filed by the parties, and after conducting a *de*

*novo* review, the court accepts the magistrate judge's report and recommendation as the court's

findings and conclusions.

     Accordingly, it is hereby **ORDERED** that the report and recommendation filed on

January 04, 2007 is **ADOPTED**.



Dated: February 14, 2007                    <u>s/John Corbett O'Meara</u>
                                        United States District Judge